UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 24 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:24-cr-00172-JPH-TAB |
| KYLE CASTNER, | ) | (-01) |
| DAVID SNEED, | ) ) | (-02) |
| Defendants. | ) ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 2119(1)
Carjacking

On or about July 28, 2024, in the Southern District of Indiana, the defendants, KYLE CASTNER and DAVID SNEED, took a motor vehicle, that is a Dodge Journey, that had been transported, shipped, and received in interstate or foreign commerce, from a person by force, violence, or intimidation, with the intent to cause death or serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1) and 2.

### COUNT 2
18 U.S.C. § 924(c)(1)(A)(ii)
Brandishing a Firearm During and in Relation to a Crime of Violence

On or about July 28, 2024, in the Southern District of Indiana, the defendants, KYLE CASTNER and DAVID SNEED, did knowingly carry and use a firearm and that firearm was brandished during and in relation to a crime of violence, to wit: carjacking, charged in Count One of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

1

<u>COUNT 3</u>
18 U.S.C. § 922(g)(1)
Unlawful Possession of a Firearm by a Convicted Felon

On or about July 28, 2024, within the Southern District of Indiana, Indianapolis Division, KYLE CASTNER, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Glock pistol, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one year, to wit:

Attempted Armed Robbery, a Level 3 Felony in Marion County, Indiana, on or about October 19, 2019;

Armed Robbery, a Level 3 Felony in Marion County, Indiana, on or about October 19, 2019;

Burglary, a Level 4 Felony in Marion County, Indiana, on or about December 05, 2023;

Escape, a Level 6 Felony in Marion County, Indiana, on or about March 25, 2024.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE**

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2119, set forth in Count 1 of this Indictment, KYLE CASTNER and DAVID SNEED, the defendants herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. Upon conviction of the offenses in violation of 18 United States Code, Sections 922 and 924, set forth in Counts 2 and 3 of this Indictment, KYLE CASTNER and DAVID SNEED, the defendants herein, shall forfeit to the United States "any firearm or ammunition involved in" the offense pursuant to Title 18 United States Code, Section 924 and Title 28,

United States Code, Section 2461(c). The property subject to forfeiture includes, but is not necessarily limited to the following:

    a.    a Glock 43 firearm;

    b.    a Glock 32 firearm; and

    c.    all recovered ammunition.

3.    If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney
mpb